**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

CASE NO. 23-62120-CIV-DIMITROULEAS

CHRISTY RIVERA,
on behalf of herself and all others
similarly situated

      Plaintiff,

vs.

GOLDMAN FINANCIAL

**PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE**

Pursuant to this Honorable Court's Order to Show Cause, dated February 6, 2024 [DE 5],

Plaintiff, responds as follows:

1.     Plaintiff filed her original Complaint on November 7, 2023 [DE 1].

2.     Plaintiff attempted to serve Defendant at its publicly available and designated

addresses on November 17, 2023, and December 14, 2023, including in New York, NY and in

Miami, Florida. *See* Returns of Non-Service, attached as composite Exhibit A.

3.     Despite Defendant listing these addresses as its corporate addresses, Defendant was

not present at either address and the receptionists at both addresses advised that Defendant's

business was located there.

4.     After 2 failed service attempts, undersigned requested from Domains by Proxy,

LLC the identity of the owner and registrant of Defendant's website, www.GoGoldman.com.

Domains by Proxy, LLC is a third-party company hired by Defendant to shield the owner and

registrant of Defendant's website from public view.

5.     On January 24, 2024, Domains by Proxy, LLC identified Aaron Rian, located in

Beaverton, Oregon, as the owner and registrant of Defendant's website.

6.      Plaintiff's counsel has now filed an Amended Complaint naming Aaron Rian as a co-Defendant and has requested a summons for issuance. *See* [DE 6].

7.      Upon issuance of the summons, Plaintiff will promptly seek to serve the Amended Complaint on Mr. Rian in Oregon.

8.      But for Defendant's failure to be located at its publicly listed addresses and its efforts to conceal its ownership from public view, Goldman Financial would have already been served.

9.       Plaintiff submits that she has shown good cause as to why service has not yet been perfected and respectfully requests an additional 60 days to serve the Defendants upon issuance of the summons directed to Mr. Rian.

Dated: February 6, 2024.                    Respectfully Submitted,

**EGGNATZ | PASCUCCI**
7450 Griffin Road, Suite 230
Davie, Florida 33314
Tel: (954) 889-3359

By:  */s/ Joshua H. Eggnatz*
Joshua H. Eggnatz, Esq.
Florida Bar No.: 67926
jeggnatz@justiceearned.com
Steven N. Saul, Esq.
Florida Bar No.: 1002827
ssaul@justiceearned.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the foregoing document was filed via CM/ECF on February 6, 2024 and that the foregoing was served on persons below.

*/s/ Joshua H. Eggnatz*
Joshua H. Eggnatz, Esq.