# EXHIBIT A

| | |
|---|---|
| **From:** | WSP Server on behalf of Global Process Services Corp |
| **To:** | Shana Gizzie |
| **Subject:** | GER Job Done - Non-Served for E&P (GOLDMAN FINANCIAL) |
| **Date:** | Monday, November 20, 2023 8:42:39 AM |

To: Joshua H. Eggnatz, Esq.
   EGGNATZ & PASCUCCI

This is an automated message relating to:

**Our Job Number:** 2023002763
**Your Reference Number:** E&P
**Party To Be Served:** GOLDMAN FINANCIAL
**Documents To Be Served:** Summons in a Civil Action and Class Action Complaint for Damages and Demand for Jury Trial
**Case Info:** Florida Southern 0:23-CV-62120-WPD
**Case Style:** CHRISTY RIVERA, ON BEHALF OF HERSELF AND ALL OTHERS SIMILARLY SITUATED vs. GOLDMAN FINANCIAL

## Service Information

Recipient was NON-SERVED on Nov 17 2023 12:27PM
**Type of Service:** NON - SERVE - COMMENTS
**Original Service Address:** GOLDMAN FINANCIAL, 40 WALL STREET, 28TH FLOOR, NEW YORK, NY 10005

**Service Details:** NON-SERVED the Summons in a Civil Action and Class Action Complaint for Damages and Demand for Jury Trial for the reason that I failed to find GOLDMAN FINANCIAL or any information to allow further search. Read the comments below for further details.

## Comments for Affidavit:

11/17/2023 12:27 pm Attempted Service at 40 Wall Street, 28th Floor, New York, NY 10005 was unable to serve the defendant. Found defendant to be not known. At said address is JAY SUITES- they rent out virtual offices on the 28th floor. Deponent spoke with staff at Jay Suites and was told defendant was not known and do not have offices here.

Thank you,
Global Process Services Corp
globalprocessservices@gmail.com
Phone: (786) 287-0606

More detailed status is available at www.PstProStatus.net

| | |
|---|---|
| **From:** | WSP Server on behalf of Global Process Services Corp |
| **To:** | Shana Gizzie |
| **Subject:** | GER Status on E&P (GOLDMAN FINANCIAL - South East Regional) |
| **Date:** | Sunday, December 17, 2023 9:57:08 PM |

To: Joshua H. Eggnatz, Esq.
   EGGNATZ & PASCUCCI

This is an automated message relating to:

   **Our Job Number:** 2023003152
   **Your Reference Number:** E&P
   **Party To Be Served:** GOLDMAN FINANCIAL - South East Regional
   **Documents To Be Served:** Summons in a Civil Action and Class Action Complaint for Damages and Demand for Jury Trial
   **Case Info:** Florida Southern 0:23-CV-62120-WPD
   **Case Style:** CHRISTY RIVERA, ON BEHALF OF HERSELF AND ALL OTHERS SIMILARLY SITUATED vs. GOLDMAN FINANCIAL

Original Service Address: GOLDMAN FINANCIAL - South East Regional Office, 777 BRICKELL AVE, SUITE 500, MIAMI, FL 33131

Status Update for GOLDMAN FINANCIAL - South East Regional Office, 777 BRICKELL AVE, SUITE 500, MIAMI, FL 33131

Latest Status: 12/14/2023 12:35 pm Attempted service at 777 BRICKELL AVE, SUITE 500, MIAMI, FL 33131 given address is a virtual office, Quest Workspaces 304-721-2700. Per front desk receptionist, defendant Goldman Financial is not in the system as a client. Unable to accept service

Thank you,
Global Process Services Corp
globalprocessservices@gmail.com
Phone: (786) 287-0606

More detailed status is available at www.PstProStatus.net