# RETURN OF SERVICE
## UNITED STATES DISTRICT COURT
### District of Florida

Case Number: 23-62120-CIV-DIMITROULEAS

**Plaintiff: CHRISTY RIVERA,
on behalf of herself and all others
similarly situated**
vs.
**Defendant: GOLDMAN FINANCIAL and
AARON RIAN**

For:
Joshua H. Eggnatz
Eggnatz | Pascucci
7450 Griffin Road
Suite 230
Davie, FL 33314

Received by Global Process Services to be served on **Aaron Rian, 3800 SW Cedar Hills Blvd., # 140, Beaverton, OR 97005**.

I, Mark Ososke, do hereby affirm that on the **4th day of March, 2024** at **12:20 pm, I:**

served a true copy of the **Summons in a Civil Action and Amended Class Action Complaint for Damages and Demand for Jury Trial** on **Virginia** who is apparently in charge of the office during office hours. I informed said person of the contents thereof and confirmed the defendant works and maintains an office for the conduct business at this address. The documents are served in accordance to ORCP 7D (2)(c). Office Service.

## CERTIFICATE OF MAILING
On **3/4/24**, a true copy of the above service documents and a copy of a proof of service was mailed to the above named defendant by first class mail to the above address.

**Description** of Person Served: Age: 55+, Sex: F, Race/Skin Color: Asian, Height: 5'2, Weight: 120, Hair: Black-Gray, Glasses: Y

I am a competent person over 18 years of age, a resident of this state and authorized to serve process. I am not a party to nor an officer, director, employee, or attorney for any party. I know that the person, firm or corporation served is the identical one named in the action. I hereby declare that the above statement is true to the best of my knowledge and belief. I understand this is made for use as evidence in court and is subject to penalty for perjury.

Mark Ososke
Investigator & Process Server
Date: 3-4-24

**Global Process Services**
P.O. Box 961556
Miami, FL 33296
(786) 287-0606

Our Job Serial Number: OSO-2024000403
Ref: GPS #24-0523

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| CHRISTY RIVERA, on behalf of herself and all others similarly situated <br> *Plaintiff(s)* <br> v. <br> GOLDMAN FINANCIAL and AARON RIAN <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 0:23-cv-62120-WPD |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Aaron Rian
10300 S.W. Greenburg Road
Portland, OR 97223

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Joshua H. Eggnatz, Esq.
Eggnatz Pascucci, P.A.
7450 Griffin Road, Suite 230
Davie, FL 33314

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____     _____
*Signature of Clerk or Deputy Clerk*