UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 23-62120-CIV-DIMITROULEAS

CHRISTY RIVERA,
on behalf of herself and all others
similarly situated,

    Plaintiff,

vs.

GOLDMAN FINANCIAL and
AARON RIAN,

    Defendants.
_____/

## PLAINTIFF'S MOTION FOR CLERK'S ENTRY OF DEFAULT AS TO DEFENDANT, AARON RIAN

Plaintiff, CHRISTY RIVERA hereby moves, pursuant to Fed. R. Civ. P. 55(a), for entry of Default by the Clerk as to Defendant AARON RIAN ("RIAN") on the basis that RIAN failed to serve a response to Plaintiff's Amended Complaint within the time permitted under Fed. R. Civ. P. 12(a) and Defendant has not otherwise appeared in this action.

1. Regarding Defendant Aaron Rian, Plaintiff effectuated service of the Amended Complaint on March 4, 2024. *See* Return of Service. [Dkt. No. 12]

2. Pursuant to Fed. R. Civ. P. 12(a), Defendant was required to serve a responsive pleading on or before Maruch 25, 2024.

3. Defendant has not filed any response to the Plaintiff's Amended Complaint and Defendant has not entered an appearance in this matter.

4. Under Fed. R. Civ. P. 55(a), "[w]hen a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend and that failure is shown by affidavit or otherwise, the clerk must enter the party's default."

5. In light Defendant's failure to appear, plead, or otherwise respond, Fed. R. Civ. P. 55(a) requires that the Clerk enter default.

6. Defendant is not a natural person, not an infant, and based on undersigned counsel's investigation of publicly available information, Defendant is not a member of the armed services.

7. Accordingly, the Plaintiff respectfully requests that the Clerk enter default against Defendant, RIAN.

WHEREFORE, Plaintiff respectfully requests that the Clerk enter default against Defendant, AARON RIAN.

Dated: April 29, 2024                                 Respectfully submitted,

*/s/ Joshua H. Eggnatz, Esq.*
Joshua H. Eggnatz, Esq. (Fla. Bar No.: 0067926)
JEggnatz@JusticeEarned.com
**EGGNATZ | PASCUCCI**
7450 Griffin Road, Ste. 230
Davie, FL 33314
Telephone: (954) 889-3359
Facsimile: (954) 889-5913

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that the foregoing document was filed via CM/ECF on April 29, 2024 and that the foregoing was served on all counsel of record and the person(s) below.

*/s/ Joshua H. Eggnatz*
Joshua H. Eggnatz, Esq.

Aaron Rian
3800 SW Cedar Hills Blvd., #140
Beaverton, OR 97005