UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 23-62120-CIV-DIMITROULEAS

CHRISTY RIVERA,
on behalf of herself and all others
similarly situated,

    Plaintiff,

vs.

GOLDMAN FINANCIAL and
AARON RIAN,

    Defendants.
_____/

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT, GOLDMAN FINANCIAL ONLY**

NOW COMES, the Plaintiff, by and through undersigned counsel, pursuant to Fed. R. CIV. P. 41(a)(1)(A)(i), and hereby file this Notice of Voluntary Dismissal without Prejudice as to Defendant, GOLDMAN FINANCIAL only.

Dated: April 29, 2024

Respectfully submitted,

*/s/ Joshua H. Eggnatz, Esq.*
Joshua H. Eggnatz, Esq. (Fla. Bar No.: 0067926)
JEggnatz@JusticeEarned.com
**EGGNATZ | PASCUCCI**
7450 Griffin Road, Ste. 230
Davie, FL 33314
Telephone: (954) 889-3359
Facsimile: (954) 889-5913

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the foregoing document was filed via CM/ECF on April 29, 2024 and that the foregoing was served on all counsel of record and the person(s) below.

*/s/ Joshua H. Eggnatz*
Joshua H. Eggnatz, Esq.

Aaron Rian
3800 SW Cedar Hills Blvd., #140
Beaverton, OR 97005