**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

CASE NO. 23-62120-CIV-DIMITROULEAS

CHRISTY RIVERA,
on behalf of herself and all others
similarly situated,

    Plaintiff,

vs.

GOLDMAN FINANCIAL and
AARON RIAN,

    Defendants.
_____/

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

NOW COMES, the Plaintiff, by and through undersigned counsel, pursuant to Fed. R. CIV. P. 41(a)(1)(A)(i), and hereby file this Notice of Voluntary Dismissal without Prejudice.

Dated: May 01, 2024          Respectfully submitted,

                                                   */s/ Joshua H. Eggnatz, Esq.*
                                                   Joshua H. Eggnatz, Esq. (Fla. Bar No.: 0067926)
                                                   JEggnatz@JusticeEarned.com
                                                   **EGGNATZ | PASCUCCI**
                                                   7450 Griffin Road, Ste. 230
                                                   Davie, FL 33314
                                                   Telephone: (954) 889-3359
                                                   Facsimile: (954) 889-5913

                                                   *Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that the foregoing document was filed via CM/ECF on May 01, 2024 and that the foregoing was served on all counsel of record and the person(s) below.

                                                    */s/ Joshua H. Eggnatz*
                                                    Joshua H. Eggnatz, Esq.

Aaron Rian
3800 SW Cedar Hills Blvd., #140
Beaverton, OR 97005