**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

CASE NO. 23-62120-CIV-DIMITROULEAS

CHRISTY RIVERA,
on behalf of herself and all others
similarly situated,

    Plaintiff,

vs.

GOLDMAN FINANCIAL and
AARON RIAN,

    Defendants.
_____/

## PLAINTIFF'S AMENDED NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT, AARON RIAN.

NOW COMES, the Plaintiff, by and through undersigned counsel, pursuant to Fed. R. CIV. P. 41(a)(1)(A)(i), and hereby file this Amended Notice of Voluntary Dismissal of the entire action without Prejudice, including as to Defendant, Aaron Rian.

Dated: May 14, 2024

    Respectfully submitted,

    */s/ Joshua H. Eggnatz, Esq.*
    Joshua H. Eggnatz, Esq. (Fla. Bar No.: 0067926)
    JEggnatz@JusticeEarned.com
    **EGGNATZ | PASCUCCI**
    7450 Griffin Road, Ste. 230
    Davie, FL 33314
    Telephone: (954) 889-3359
    Facsimile: (954) 889-5913

    *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the foregoing document was filed via CM/ECF on May 14, 2024 and that the foregoing was served on all counsel of record and the person(s) below.

*/s/ Joshua H. Eggnatz*
Joshua H. Eggnatz, Esq.

Aaron Rian
3800 SW Cedar Hills Blvd., #140
Beaverton, OR 97005